Melnick, Appellant, *v.* American Casualty Company of Reading.

Argued March 22, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

*Malcolm H. Waldron, Jr.,* with him *Waldron & Weitzman,* for appellant.

*Bernard J. Smolens,* with him *John J. McDevitt, 3rd,* for appellee.

OPINION PER CURIAM, April 13, 1960:
The judgment of the court below is affirmed on the opinion of Judge BOYLE, of the Municipal Court of Philadelphia, as reported in 20 Pa. D. & C. 2d 231.